FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERONICA VARGAS,<br><br>    Plaintiff,<br><br>    v.<br><br>MABTON SCHOOL DISTRICT,<br><br>    Defendant. | NO. 1:18-CV-03150-SAB<br><br>**ORDER DISMISSING CASE** |

On February 28, 2020, the Court entered a Show Cause Order directing Plaintiff to show cause within 14 days why this case should not be dismissed for failure to prosecute. ECF No. 12. That deadline has passed, and nothing has been filed.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **DISMISSED**, **without prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** the file.

**DATED** this 27th day of March 2020.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE** * 1